**In re Mobile Addiction, LLC**
**Case No. 19-11449-11**

**Schedule 1 - Amended Plan**
**List of Priority Tax Claims**

| Creditor | POC # | Total Claim | Priority | Non-priority |
|---|---|---|---|---|
| City & County of Denver | 68 | $ 4,093.00 | $ 4,093.00 | $ - |
| City of Pueblo | 21 | $ 4,847.65 | $ 4,847.65 | $ - |
| Colorado Department of Revenue | 2 | $ 67,151.01 | $ 67,151.01 | $ - |
| IRS | 9 | $ 14,927.36 | $ 0.02 | $ 14,927.34 |
| Ohio Department of Taxation | 17 | $ 283,652.66 | $ 212,601.26 | $ 71,051.40 |
| Ohio Bureau of Workers Comp. | 2.6 | $ 1,835.00 | $ 1,835.00 | $ - |
| Oregon Department of Revenue | 46 | $ 29,584.65 | $ 10,290.01 | $ 19,294.64 |
| New Mexico Dept. of Revenue | 32 | $ 44,903.88 | $ 41,534.58 | $ 3,369.30 |
| Pennsylvania Dept. of Revenue | 59 | $ 81,246.03 | $ 73,607.23 | $ 7,638.80 |
| Texas Comptrollers Office | 34 | $ 175,261.34 | $ 160,106.63 | $ 15,154.71 |
| Texas Comptrollers Office | 35 | $ 75,198.10 | $ 74,589.99 | $ 608.11 |
| West Virginia State Tax Department | 6 | $ 23,700.00 | $ 18,900.00 | $ 4,800.00 |
| | **TOTAL** | **$ 806,400.68** | **$ 669,556.38** | **$ 136,844.30** |