**In re Mobile Addiction, LLC**
**Case No. 19-11449-11**

**Schedule 2 - Amended Plan**
**List of Allowed Ad Valorem Taxes**

| Creditor | POC # | Total Claim | Secured Claim | Unsecured Claim |
|---|---|---|---|---|
| Cameron County | 47 | $ 941.84 | $ 941.84 | $ - |
| City of Harlingen | 48 | $ 39.49 | $ 39.49 | $ - |
| Harlingen CISD | 49 | $ 73.85 | $ 73.85 | $ - |
| Hildago | 54 | $ 900.89 | $ 900.89 | $ - |
| Ford Bend County | 41 | $ 1,178.45 | $ 1,178.45 | $ - |
| Tom Green, CAD | 38 | $ 860.01 | $ 860.01 | $ - |
| Victoria County | 50 | $ 2,030.14 | $ 2,030.14 | $ - |
| **TOTAL** | | **$ 6,024.67** | **$ 6,024.67** | **$ -** |