**In re Mobile Addiction, LLC**
**Case No. 19-14499-11**

**Schedule 3 - Amended Plan**
**List of General Unsecured Claims**

| Creditor | Claim No. | Sch. F No. | | Amount |
|---|---|---|---|---|
| 2b or Not 2b, LP | | 3.1 | $ | 935.56 |
| A&H Mechanical | | 3.2 | $ | 700.00 |
| ADLP-W&J, LLC | 43 | 3.4 | $ | 53,100.14 |
| Alarm Research | | 3.5 | $ | 127.07 |
| Alarm Telecommunications Center | | 3.6 | $ | 180.00 |
| Albrecht, Inc. | | 3.7 | $ | 2,064.60 |
| Alert 360 | | 3.8 | $ | 659.46 |
| Alert 360 | | 3.9 | $ | 7,923.51 |
| Alton Real Estate LLC | | 3.10 | $ | 1,725.00 |
| AM Dorr & Supply Co. Inc. | | 3.11 | $ | 249.33 |
| American Electric Power | | 3.12 | $ | 343.59 |
| American Express | 19 | 3.13 | $ | 111,641.90 |
| Aqua Pennsylvania | | 3.15 | $ | 80.06 |
| Argo Woodburn LLC | | 3.16 | $ | 11,046.35 |
| ARMJG2 LLC | 69 | 3.17 | $ | 90,350.00 |
| Armstrong | | 3.18 | $ | 918.90 |
| AT&T | | 3.19 | $ | 843.49 |
| AT&T Internet | | 3.20 | $ | 2,010.42 |
| Atlantic Broadband | | 3.21 | $ | 125.56 |
| Atmos Energy | | 3.22 | $ | 356.53 |
| Auriel Investments | | 3.23 | $ | 30,816.90 |
| Avista Utilities | 22 | 3.24 | $ | 238.72 |
| Bancroft-Clover | | 3.25 | $ | 113.55 |
| Barbara Lanford | | 3.26 | $ | 2,025.00 |
| Beaver Falls Municipal Authority | | 3.28 | $ | 119.02 |
| Beaver Valley Mall LLC | | 3.29 | $ | 1,800.00 |
| Bestway Disposal | | 3.30 | $ | 116.00 |
| BFM Azusa Property, LLC | | 3.31 | $ | 1,548.63 |
| BGL INC | | 3.32 | $ | 405.85 |
| Big's Sanitation | | 3.33 | $ | 105.00 |
| BJ & S Corporation | | 3.34 | $ | 1,092.44 |
| Black Hills Energy | | 3.35 | $ | 515.70 |
| Black Plumbing | | 3.36 | $ | 2.06 |
| Boehm Heating and Cooling LLC | | 3.38 | $ | 235.00 |
| Brink's Home Security | | 3.39 | $ | 85.24 |
| Brownsville PUB | 4 | 3.40 | $ | 139.49 |
| Buckeye Water District | | 3.41 | $ | 64.74 |
| Byzantine Inc | | 3.42 | $ | 2,280.00 |
| C & I Company | | 3.43 | $ | 600.00 |

| | | | | |
|---|---|---|---|---|
| Cable One Business | | 3.44 | $ | 292.21 |
| CBL/Monroeville L.P. | 16 | 3.46 | $ | 29,176.61 |
| Centerpointe Plaza LP | 36 | 3.47 | $ | 111,426.59 |
| Chacbak, LLC | | 3.49 | $ | 2,859.48 |
| Charter Communications | | 3.50 | $ | 139.96 |
| CIA Properties, LLC | | 3.51 | $ | 1,700.00 |
| Cirro Energy | 61 | 3.52 | $ | 17.43 |
| City of Abilene | | 3.53 | $ | 103.14 |
| City of Akron | | 3.54 | $ | 3.68 |
| City of Amarillo | | 3.55 | $ | 30.56 |
| City Of Aurora Water Department | | 3.56 | $ | 79.38 |
| City of Campbell | | 3.57 | $ | 56.61 |
| City of Colorado Springs-Alarms | | 3.58 | $ | 30.00 |
| City of Dumas | | 3.59 | $ | 147.47 |
| City of Farmington | | 3.60 | $ | 204.55 |
| City of Federal Heights ST | | 3.61 | $ | 0.01 |
| City Of Hermitage | | 3.62 | $ | 47.50 |
| City of Lakewood | | 3.63 | $ | 0.02 |
| City of Las Vegas | | 3.64 | $ | 277.61 |
| City of Niles | | 3.65 | $ | 213.01 |
| City of Pharr | | 3.66 | $ | 53.47 |
| City of Ravenna | | 3.67 | $ | 105.68 |
| City of San Angelo | | 3.68 | $ | 117.00 |
| City of Santa Fe, New Mexico | | 3.69 | $ | 792.48 |
| City of South Euclid | | 3.70 | $ | 25.74 |
| City of Streetsboro | 23 | 3.71 | $ | 107.27 |
| City of Warren Utility Department | | 3.73 | $ | 38.92 |
| City of Weirton Utilities | | 3.74 | $ | 58.91 |
| City of Wichita Falls | | 3.75 | $ | 225.38 |
| Citywide Wireless | | 3.76 | $ | 95,000.00 |
| Colorado Springs Alarm | | 3.77 | $ | 238.50 |
| Colorado Springs False Alarm | | 3.78 | $ | 30.00 |
| Colorado Springs Utilities | 18 | 3.79 | $ | 428.92 |
| Colorado Springs Utilities | 31 | | $ | 509.28 |
| Columbia Gas | | 3.80 | $ | 750.19 |
| Columbia Gas of Ohio | 12 | 3.81 | $ | 46.57 |
| Columbia Gas of Pennsylvania | 13 | 3.82 | $ | 347.87 |
| Comcast | | 3.83 | $ | 7,702.67 |
| Comcast Business | | 3.84 | $ | 3,210.49 |
| Coronado Shopping Center, LP | | 3.85 | $ | 1,147.07 |
| Corporate Lodging | | 3.86 | $ | 2,309.67 |
| Cox Communications | | 3.87 | $ | 572.17 |
| CP Denver Retail 1, LLC | | 3.88 | $ | 12,902.30 |
| Crim Gary Rentals | | 3.89 | $ | 750.00 |
| Crossroads Center | | 3.91 | $ | 2,569.57 |
| Dario Pini | | 3.92 | $ | 1,600.00 |
| Denise Powell | | 3.93 | $ | 1,500.00 |

| Name | | Ref | | Amount |
|---|---|---|---|---|
| Dominion Energy Ohio | 53 | 3.94 | $ | 2,170.58 |
| Donegal Insurance | | 3.95 | $ | 22,614.76 |
| Duquesne Light Company | | 3.97 | $ | 707.16 |
| DW Sivers Co | 33 | 3.98 | $ | 32,434.18 |
| EC Integrity LLC | | 3.99 | $ | 7,680.00 |
| Economy Furnance Company Inc. | | 3.100 | $ | 370.00 |
| Elliot, James F. | | 3.101 | $ | 1,447.00 |
| EMMCO Corporation Real Estate | | 3.102 | $ | 2,323.55 |
| Erie Water Works | | 3.103 | $ | 71.79 |
| Eugene Water & Electric Board | 63 | 3.104 | $ | 318.14 |
| Evergreen Marketplace | 25 | 3.105 | $ | 19,377.46 |
| Fathom Plumbing | | 3.106 | $ | 162.14 |
| Fayette Waste LLC | | 3.108 | $ | 97.00 |
| Fire & Safety Inc | | 3.109 | $ | 25.00 |
| FJM Grants Pass Associates LLC | | 3.110 | $ | 9,509.00 |
| Fortune Holdings, LLC | | 3.111 | $ | 4,120.97 |
| Franklin Township Municipal Authority | 7 | 3.112 | $ | 112.01 |
| Freedom Sky Capital LLC | | 3.113 | $ | 1,663.53 |
| GAR Mifflin LP | | 3.114 | $ | 1,643.32 |
| GNW Wireless | | 3.116 | $ | 5,519.61 |
| Goldfinch Real Estate LLC | | 3.117 | $ | 15,370.02 |
| Gordon's Heating & Cooling Inc | | 3.118 | $ | 174.00 |
| Green Mountain Energy | 62 | 3.119 | $ | 563.71 |
| Handyman Services by Marty | | 3.120 | $ | 712.00 |
| Harris Broadband LLP | | 3.121 | $ | 581.05 |
| HEB Grocery Company, LP | 15 | 3.122 | $ | 17,830.00 |
| HFT Mayfair LLC | 20 | 3.123 | $ | 47,410.14 |
| HPC Green Valley Investors, LP | 67 | 3.124 | $ | 70,471.53 |
| Inside Investments LLC | | 3.125 | $ | 1,808.33 |
| Internal Revenue Service | 9 | | $ | 14,927.34 |
| Inventrust Property Corp. | | 3.126 | $ | 12,133.32 |
| James E and Jeanette W Boykin | | 3.127 | $ | 1,517.49 |
| James O'Conner | | 3.128 | $ | 425.00 |
| Jemez Mountains Electric Coop Inc | | 3.129 | $ | 122.28 |
| JJH Properties | | 3.130 | $ | 2,197.00 |
| Jose Luis Flores | | 3.131 | $ | 2,400.00 |
| Kansas Gas Service | | 3.134 | $ | 15.73 |
| Kent Plaza | | 3.135 | $ | 10,172.04 |
| Kerr, Richard | | 3.136 | $ | 400.00 |
| Kimble | | 3.137 | $ | 72.36 |
| Kovar Electric LLC | | 3.139 | $ | 5,272.07 |
| Kyhooya Partnership, LLC | | 3.140 | $ | 1,427.01 |
| L Fam Partners | | 3.141 | $ | 1,222.00 |
| Lagraff, John | | 3.142 | $ | 5,600.00 |
| Larry or Elizabeth Quintana | | 3.143 | $ | 750.00 |
| Lazy S Ranches | | 3.144 | $ | 3,470.00 |
| Lebanon Fire District | | 3.146 | $ | 150.00 |

| | | | |
|---|---|---|---|
| Lebanon Retail Center, LLC | | 3.147 | $ 2,264.88 |
| Liberty Mutual Insurance | | 3.148 | $ 132,463.25 |
| Loja Trails End, LLC | 56 | 3.149 | $ 51,820.40 |
| Lone Star Disposal | | 3.150 | $ 155.36 |
| Lone Tree Center, LLC | | 3.151 | $ 2,500.00 |
| Los Tres Reyes Inc. | | 3.152 | $ 1,700.00 |
| Main Place Center, LLC | | 3.154 | $ 1,031.23 |
| Marca LLC | | 3.155 | $ 1,850.00 |
| MD Denna Heating & Cooling, Inc. | 24 | 3.157 | $ 457.72 |
| Monroeville SC, LP | 40 | 3.160 | $ 31,097.41 |
| Mountain View Development, LLC | | 3.161 | $ 1,300.00 |
| MPWI, LLC | | 3.162 | $ 1,297.50 |
| Murray Square Investments, Ltd | | 3.164 | $ 1,458.89 |
| Nancy Hripko | | 3.165 | $ 1,000.00 |
| National Fuel Gas | 44 | 3.166 | $ 699.90 |
| New Castle Sanitation Authority | | 3.167 | $ 33.00 |
| New Market Center LLC | 42 | 3.168 | $ 64,677.63 |
| Nicki A. Mezger, CPA | 58 | 3.169 | $ 34,801.00 |
| New Mexico Dept. of Taxaction | 32 | 2.5 | $ 3,369.30 |
| New Mexico Gas Company | 26 | 3.170 | $ 144.47 |
| North Fayette County Municipal Auth | | 3.171 | $ 56.09 |
| NW Natural | 30 | 3.172 | $ 225.70 |
| Oasis Staffing, Inc. | 39 | 3.173 | $ 19,825.53 |
| Ohio Department of Taxation | 17 | | $ 71,051.40 |
| Ohio Edison | 64 | 3.174 | $ 3,070.66 |
| Ohio Valley Waste Service, Inc. | | 3.175 | $ 225.00 |
| Ondigo Electronics, LLC | | 3.177 | $ 8,585.46 |
| Oregon Department of Revenue | 46 | | $ 19,294.64 |
| Pace Bally Plaza, LLC | | 3.180 | $ 1,482.79 |
| Pacific Capital Partners | | 3.181 | $ 5,598.44 |
| Pacific Power | | 3.182 | $ 297.90 |
| Patrick Brown Real Estate LLC | | 3.183 | $ 2,478.43 |
| Paul Katsadas | | 3.184 | $ 2,925.00 |
| Pay-and-Save, Inc. | | 3.185 | $ 1,300.00 |
| Penn Power | 65 | 3.186 | $ 707.84 |
| Pennsylvania American Water | 45 | 3.187 | $ 144.79 |
| Pennsylvania Department of Revenue | 59 | | $ 7,638.80 |
| Peoples | | 3.188 | $ 895.23 |
| Perry Plaza Erie, PA, LP | 37 | 3.189 | $ 89,544.37 |
| Pigeon, LLC | | 3.191 | $ 3,641.76 |
| Pinel, LP | | 3.192 | $ 1,058.46 |
| PJ Capital LLC | | 3.193 | $ 1,200.00 |
| PNM | | 3.194 | $ 1,046.81 |
| Pop-A-Lock of Albuquerque | | 3.195 | $ 110.00 |
| Portage County Water Resources Dept. | | 3.196 | $ 108.18 |
| Portland General Electric | 3 | 3.190 | $ 1,114.33 |
| Power Alarm | | 3.197 | $ 302.05 |

| | | | | |
|---|---|---|---|---|
| PPI-Fox Plaza, LLC | | 3.198 | $ | 1,468.00 |
| Pullman Square Associates | | 3.200 | $ | 11,200.00 |
| Q&S Construction | | 3.201 | $ | 64.67 |
| Ralph's Neon & Electric Inc | | 3.202 | $ | 2,985.89 |
| Regency Centers LP | | 3.203 | $ | 13,521.65 |
| Reliant Energy Services | 57 | 3.204 | $ | 208.48 |
| Republic Services | | 3.205 | $ | 256.20 |
| Richard Kerr | | 3.206 | $ | 885.00 |
| Richard Santos | | 3.207 | $ | 13,804.30 |
| Ritzland Plaza of Penn Hills, LP | | 3.208 | $ | 1,500.00 |
| SACHIP, LLC | | 3.209 | $ | 11,949.58 |
| Sam Morse | | 3.210 | $ | 6,250.00 |
| Samek Properties Ltd | | 3.211 | $ | 11,050.00 |
| Sodexo Roth | | 3.212 | $ | 252.50 |
| Soltis Julian Electric LLC | | 3.213 | $ | 75.00 |
| South Adams County | | 3.214 | $ | 144.34 |
| Spectrum (1) | | 3.215 | $ | 157.10 |
| Spectrum (2) | | 3.216 | $ | 650.91 |
| Spectrum (3) | | 3.217 | $ | 849.50 |
| Springfield Utility Board | 27 | 3.218 | $ | 13.40 |
| St Vincent De Paul Society | | 3.219 | $ | 1,825.90 |
| Streetsboro Retail LLC | | 3.220 | $ | 16,168.00 |
| Sudden Link | | 3.221 | $ | 986.72 |
| Sungi Co., LLC | | 3.222 | $ | 11,339.85 |
| Sylvio J Bonicelli & Sons, LLC | | 3.224 | $ | 2,845.54 |
| Ternian Insurance Group LLC | | 3.225 | $ | 2,010.33 |
| Texas Comptroller - State of Texas | 34 | | $ | 15,154.71 |
| Texas Comptroller - State of Texas | 35 | | $ | 608.11 |
| The Hartford | 14 | 3.226 | $ | - |
| The Illuminating Company | | 3.227 | $ | 1,004.58 |
| Time Warner Cable | | 3.228 | $ | 1,389.22 |
| TIme Warner Cable-Northeast | | 3.229 | $ | 2,580.32 |
| TKG Academy Place Development | | 3.230 | $ | 11,200.00 |
| TKT Painting LLC | | 3.231 | $ | 12,500.00 |
| T Mobile | 5 | | $ | 1,020.05 |
| Travelers Insurance Company | | 3.233 | $ | 16,661.00 |
| Tri-County Industries, Inc. | | 3.234 | $ | 57.75 |
| Two Properties, LTD | | 3.235 | $ | 1,245.00 |
| Union Real Estate | 52 | 3.236 | $ | 2,656.25 |
| Union Square Plaza | | 3.237 | $ | 6,786.16 |
| United Healthcare | | 3.238 | $ | 4,122.32 |
| United Power Inc | | 3.239 | $ | 199.91 |
| Valley Waste Service Inc | | 3.240 | $ | 60.00 |
| Vandetti Brothers Associates | | 3.241 | $ | 18,000.00 |
| Vectra Venture, LLC | | 3.242 | $ | 1,797.77 |
| Verizon | | 3.243 | $ | 316.93 |
| Vivant, Inc. | | 3.244 | $ | 23,131.18 |

| | | | | |
|---|---|---|---|---:|
| Vogel Disposal Service, Inc. | | 3.245 | $ | 30.00 |
| Waste Connections of Colorado, Inc | | 3.246 | $ | 63.28 |
| Waste Connections of TX, LLC | | 3.247 | $ | 68.37 |
| Waste Management | | 3.248 | $ | 206.80 |
| Wave | | 3.249 | $ | 107.56 |
| West Penn Power | 66 | 3.250 | $ | 1,420.75 |
| West Virginia State Tax Dept. | 6 | | $ | 4,800.00 |
| Westar Energy | 10 | 3.251 | $ | 319.81 |
| Wilkinsburg-Penn Joint Water Authority | | 3.252 | $ | 47.48 |
| Windstream | | 3.254 | $ | 293.87 |
| Winner Wireless | | 3.255 | $ | 746.35 |
| Woody Weir | | 3.256 | $ | 1,531.55 |
| WRI Edgewater Marketplace LLC | 51 | 3.257 | $ | 50,502.10 |
| Xcel Energy | 28 | 3.258 | $ | 1,379.05 |
| Xcel Energy | 29 | | $ | 3,891.69 |
| Youngstown Water Department | | 3.259 | $ | 39.34 |
| | | | **TOTAL** $ | **1,813,646.09** |