**In re Mobile Addiction, LLC**
**Case No. 19-11449-11**

**Schedule 4 - Amended Plan**
**List of Utility Companies Receiving Treatement as an Administrative Claim under 11 U.S.C. 503(b)(9**

| Creditor | POC # | Total Claim | Admin Claim | Non-Admin |
|---|---|---|---|---|
| Cirro Energy | 61 | $ 1,301.03 | $ 1,283.60 | $ 17.43 |
| Green Mountain Energy | 62 | $ 751.26 | $ 187.55 | $ 563.71 |
| New Mexico Gas Co. | 26 | $ 216.77 | $72.30 | $ 144.47 |
| Portland General Electric | 3 | $ 1,743.54 | $ 629.21 | $ 1,114.33 |
| Qwest Corporation | 11 | $ 1,291.72 | $ 1,291.72 | $ - |
| Reliant Energy Services | 57 | $ 1,922.49 | $ 1,714.01 | $ 208.48 |
| | **TOTAL** | **$ 3,214.21** | **$ 3,005.73** | **$ 208.48** |