**In re Mobile Addiction, LLC**
**Case No. 19-11449-11**

**Schedule 5 - Amended Plan**
**List of Landlord Claims - Not Retaining**

| Creditor | POC # | Total Claim | Deposit | Unsecured Claim |
|---|---|---|---|---|
| HFT Mayfair | 20 | $ 51,610.14 | $ 4,200.00 | $ 47,410.14 |
| HPC Green Valley | 67 | $ 74,544.95 | $ 4,073.42 | $ 70,471.53 |
| Loja Trails End, LLC | 56 | $ 55,340.05 | $ 3,519.65 | $ 51,820.40 |
| WRI Edgewater Marketplace, LLC | 51 | $ 55,665.44 | $ 5,163.34 | $ 50,502.10 |
| | **TOTAL** | **$ 111,005.49** | **$ 8,682.99** | **$ 102,322.50** |