**In re Mobile Addiction, LLC**
**Case No. 19-11449-11**

**Schedule 6 - Amended Plan**
**List of Doors to be Sold or Closed**

| Address | City | State | Zip Code |
|---|---|---|---|
| 10756 Frankstown Rd | Pittsburgh | PA | 15235 |
| 120 Point Plaza | Butler | PA | 16001 |
| 2762 River Rd | Eugene | OR | 97404 |
| 3830 Commercial St SE | Salem | OR | 97302 |
| 1340 Mohawk Blvd | Springfield | OR | 97477 |