**In re Mobile Addiction, LLC**
**Case No. 19-11449-11**

**Schedule 7 - Amended Plan**
**List of Doors Mobile Addiction Proposes to Keep**

| Door Name | Address | City | State | ZIP Code |
|---|---|---|---|---|
| **TEXAS DOORS** | | | | |
| Colfax (CF) | 10131 E. Colfax Ave. | Aurora | CO | 80010 |
| Mississippi (MS) | 15263 E. Mississippi Ave | Aurora | CO | 80012 |
| Bridge (BR) | 164 E. Bridge Street | Brighton | CO | 80601 |
| Circle (CR) | 419 1/2 N. Circle Dr. | Colorado Springs | CO | 80909 |
| Murray (MR) | 657 N. Murray Blvd | Colorado Springs | CO | 80915 |
| Fillmore (FL) | 1142 E. Fillmore St. | Colorado Springs | CO | 80907 |
| Academy (AC) | 1883 S. Academy Blvd | Colorado Springs | CO | 80916 |
| Fountain (FT) | 2815 E. Fountain Blvd | Colorado Springs | CO | 80910 |
| Pikes (PK) | 3855 E. Pikes Peak Ave. | Colorado Springs | CO | 80909 |
| Commerce City (CC) | 6461 E. 72nd Ave | Commerce City | CO | 80022 |
| Federal (FD) | 1035 D S. Federal Blvd | Denver | CO | 80219 |
| Highway 50 (HW) | 963 W. US Highway 50 | Pubelo | CO | 81008 |
| Pueblo (PB) | 1113 S. Prairie Ave. | Pubelo | CO | 81005 |
| **NEW MEXICO DOORS** | | | | |
| Espanola (ES) | 734 North Riverside Dr. | Espanola | NM | 87532 |
| Farmington (FM) | 2010 E. Main St. | Farmington | NM | 87401 |
| Las Vegas (LV) | 607 Mills Ave | Las Vegas | NM | 87701 |
| Roswell (RW) | 2601 North Main St. #E | Roswell | NM | 88201 |
| Santa Fe (SF) | 4350 Airport Rd., #11 | Santa Fe | NM | 87507 |
| **OHIO DOORS** | | | | |
| Wedgewood (WD) | 2420 Wedgewood Dr | Akron | OH | 44312 |
| Mogadore (MG) | 2503 Mogadore Rd | Akron | OH | 44312 |
| Boardman (BD) | 104 Boardman-Poland Rd | Boardman | OH | 44512 |
| Calcutta (CU) | 16280 Dresden Ave., Ste 1 | Calcutta | OH | 43920 |
| Niles (NL) | 5855 Youngstown Road | Niles | OH | 44446 |
| Ravenna (RV) | 1155 East Main St. | Ravenna | OH | 44312 |
| State (ST) | 2955 E. State St. | Salem | OH | 44460 |
| Steubenville (SV) | 240 N. 7th St. | Steubenville | OH | 43952 |
| McCartnety (MC) | 669 McCartney Rd | Youngstown | OH | 44505 |
| Mahoning (MN) | 3304 Mahoning Ave | Youngstown | OH | 44509 |
| Belmont (BE) | 3900 Belmont Ave | Youngstown | OH | 44505 |
| West Market (WM) | 917 West Market St. | Warren | OH | 44481 |
| Youngstown (YT) | 2815 Youngstown Road | Warren | OH | 44484 |

## OREGON DOORS

| | | | | |
|---|---|---|---|---|
| River Road (RR) | 2762 River Rd | Eugene | OR | 97404 |
| 11th Eugene (11) | 3101 W. 11th Ave | Eugene | OR | 97402 |
| Lebanon (LB) | 28 E. Airport Rd | Lebanon | OR | 97355 |
| Rosenberg (RB) | 161 NE Garden Valley Blvd | Roseburg | OR | 97470 |
| Lancaster (LC) | 1981 Lancaster Drive NE | Salem | OR | 97305 |
| 5th Street (5th) | 175 S. 5th St | Springfield | OR | 97477 |
| Mohawk (MK) | 1340 Mohawk Blvd | Springfield | OR | 97477 |
| Front (FR) | 479 North Front Street | Woodburn | OR | 97071 |

## PENNSYLVANIA DOORS

| | | | | |
|---|---|---|---|---|
| Aliquippa (AQ) | 2687 Brodhead | Aliquippa | PA | 15001 |
| Beaver Falls (BF) | 1223 7th Ave | Beaver Falls | PA | 15010 |
| Greensburg (GB) | 660 East Pittsburgh St | Greensburg | PA | 15601 |
| Hermitage (HM) | 1964 E. State St. | Hermitage | PA | 16148 |
| Beaver Valley (BV) | 570 Beaver Valley Mall #SL555 | Monaca | PA | 15601 |
| New Castle (NC) | 12 N. Mill St | New Castle | PA | 16101 |
| Penn Hills (PH) | 10756 Frankstown Rd | Pittsburgh | PA | 15235 |
| Uniontown (UT) | 603 Pittsburgh Rd | Uniontown | PA | 15401 |
| Wilkinsburg (WB) | 762 Penn Ave. | Wilkinsburg | PA | 15221 |
| Washington (WA) | 15 W. Chestnut St. | Washington | PA | 15301 |

## TEXAS DOORS

| | | | | |
|---|---|---|---|---|
| 1st Street - Abilene (AB1) | 3398 N. 1st St., Suite B | Abilene | TX | 79603 |
| 14th Street - Abilene (AB14) | 3117 S. 14th St | Abilene | TX | 79605 |
| Mockingbird (MB) | 1372 N. Mockingbird Ln | Abilene | TX | 79603 |
| Western (WS) | 3101 S. Western, Ste 2 | Amarillo | TX | 79109 |
| 34th Street (34) | 2642 SW 34th Ave | Amarillo | TX | 77109 |
| Amarillo Blvd (AB) | 1815 E. Amarillo Blvd | Amarillo | TX | 79107 |
| Goodnight (GN) | 101 E. Goodnight Ave | Aransas Pass | TX | 78336 |
| Big Spring (BS) | 410 E. Marcy Dr, Suite D | Big Spring | TX | 79720 |
| Boca Chica (BC) | 2250 Boca Chica Blvd | Brownsville | TX | 78521 |
| Brownwood (BW) | 551 W. Commerce St. | Brownwood | TX | 76801 |
| Dumas (DM) | 1526 Guy Lane Plaza | Dumas | TX | 79029 |
| Harlingen (HG) | 1213 S. Commerce | Harlingen | TX | 78550 |
| Palma Vista (PV) | 2206 W. Palma Vista Dr | Palmview | TX | 78572 |
| San Angelo (SA) | 2901 Sherwood Way, Suite 130 | San Angelo | TX | 76901 |
| San Benito (SB) | 1095 W Highway 77 | San Benito | TX | 78586 |
| Navarro (NV) | 6106 N. Navarro St, Suite #300 | Victoria | TX | 77904 |
| Red River (RD) | 1923 E. Red River St | Victoria | TX | 77901 |
| Lone Tree (LT) | 2213 Lone Tree | Victoria | TX | 77901 |
| Wichita Falls - Kemp (WF) | 3406 Kemp Blvd | Wichita Falls | TX | 76308 |
| Parkway (PW) | 2708 Southwest Pkwy, Suite 168B | Wichita Falls | TX | 76308 |