**SO ORDERED.**

**SIGNED this 16th day of June, 2020.**



_____
Robert E. Nugent
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re: Mobile Addiction, LLC,

                                                        Case No. 19-11449

    Debtor.

_____

**Agreed Order Resolving United States Trustee's Motion
to Compel Compliance With Section 345(b)**

_____

This matter comes before the Court for hearing on May 21, 2020, on the United States Trustee's Motion to Compel Compliance With Section 345(b).[1] Christopher T. Borniger appears for the United States Trustee. Nicholas R. Grillot appears for debtor Mobile

---

[1] Doc. #192.

In the United States Bankruptcy Court for the District of Kansas
In re Mobile Addiction, LLC
Case No. 19-11449
Agreed Order Resolving United States Trustee's Motion to Compel Compliance With Section 345(b)
Page 2

Addiction, which filed a response.[2] Thomas J. Lasater appears for creditor VIP Wireless. David Prelle Eron appears for the official committee of unsecured creditors.

After hearing statements from the parties and reviewing the file, the Court finds:

1. Mobile Addiction filed its chapter 11 petition on July 30, 2019.[3]

2. VIP Management, LLC—a wholly owned subsidiary of creditor VIP Wireless—has controlled the debtor's day-to-day operations under a management agreement approved by the Court on September 27, 2019.[4]

3. VIP Management maintained an operating account for the debtor at TD Bank with balances sometimes exceeding the $250,000 limit for insurance provided by the Federal Deposit Insurance Corp.

---

[2] Doc. #205.

[3] Doc. #1.

[4] Doc. #98.

In the United States Bankruptcy Court for the District of Kansas
In re Mobile Addiction, LLC
Case No. 19-11449
Agreed Order Resolving United States Trustee's Motion to Compel Compliance With Section 345(b)
Page 3

4. On March 24, 2020, the United States Trustee filed its motion to compel compliance with 11 U.S.C. § 345(b) of the Bankruptcy Code to ensure that all estate funds are protected in accordance with the statute.

5. VIP agrees that within 14 days of the date of this Order, it will cause TD Bank to bring the operating account into compliance with § 345(b).

**IT IS SO ORDERED**.

# # #

Prepared and submitted by:

ILENE J. LASHINSKY,
UNITED STATES TRUSTEE

By *Christopher T. Borniger*, No. 24692
301 N. Main St., Suite 1150
Wichita, KS 67202
316-269-6216 (phone)
316-269-6182 (fax)
Christopher.T.Borniger@usdoj.gov

In the United States Bankruptcy Court for the District of Kansas
In re Mobile Addiction, LLC
Case No. 19-11449
Agreed Order Resolving United States Trustee's Motion to Compel Compliance
    With Section 345(b)
Page 4

Approved by:

HINKLE LAW FIRM, LLC

By: *Nicholas R. Grillot*, No. 22054
1617 N. Waterfront Parkway, Suite 400
Wichita, KS 67202
316-660-6211 (phone)
316-660-6523 (fax)
ngrillot@hinklaw.com


FLEESON, GOOING, COULSON & KITCH, LLC

By: *Thomas J. Lasater*, No. 11440
301 N. Main St., Suite 1900
Wichita, KS 67202
316-267-7361 (phone)
316-267-1754 (fax)
tlasater@fleeson.com