# Notice Recipients

District/Off: 1083−6     User: admin     Date Created: 6/16/2020
Case: 19−11449     Form ID: pdf020     Total: 5

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| aty | Christopher T. Borniger | christopher.t.borniger@usdoj.gov |
| aty | David T Prelle Eron | david@eronlaw.net |
| aty | Nicholas R Grillot | ngrillot@hinklaw.com |
| aty | Thomas J. Lasater | tlasater@fleeson.com |

TOTAL: 5