U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
6/17/2020 @ 9:00 AM
Hon. Robert E. Nugent, Presiding

CONFIRMATION HEARING

---

Case Information:
    19-11449 Mobile Addiction, LLC   Chapter: 11

Judge: REN    Filed: 07/31/2019    Pln Confirmed:

---

Appearances:
| | |
|---|---|
| X | Nicholas R Grillot representing Mobile Addiction, LLC (Debtor) |
| X | Christopher T. Borniger representing U.S. Trustee (U.S. Trustee) |
| X | David T Prelle Eron representing Unsecured Creditors' Committee (Creditor Committee) |
| X | Tom Lasater representing VIP Wireless (Creditor) |

---

Issues:
| | |
|---|---|
| #1 | [133] Motion for Dismissal Filed on behalf of U.S. Trustee with Certificate of Service. (Filed 1/15/2020) |
| ** | Response Filed by Debtor Mobile Addiction, LLC (#147 filed 1/27/2020) |
| >> | Document filed *in Support of Motion for Dismissal* Filed by U.S. Trustee (#148 filed 2/4/2020) |
| ** | Objection Filed by Creditor Committee Unsecured Creditors' Committee (#149 filed 2/5/2020) |
| | |
| #2 | [163] Chapter 11 Plan of Reorganization Filed by Debtor Mobile Addiction, LLC. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4) (Filed 2/13/20) |
| >> | [207] Amended Chapter 11 Plan Filed by Debtor Mobile Addiction, LLC (Attachments: # 1 Schedule 1 # 2 Schedule 2 # 3 Schedule 3 # 4 Schedule 4 # 5 Schedule 5 # 6 Schedule 6 # 7 Schedule 7) (Filed 4/8/20) |
| ** | Objection Filed by U.S. Trustee (#252 filed 5/13/2020) |
| ** | Objection to Confirmation of Plan, with Certificate of Service. Filed by Creditor VIP Wireless (#253 filed 5/14/2020) |

---

Notes/Decision:

Bill Long, manager & CFO for debtor, appears in person. Mr. Grillot informs the Court of the agreements the debtor has reached with opposing parties. Mr. Grillot then makes a proffer on

**continued to page 2**

Courtroom Deputy: Marnie Bourbonnais
ECRO: Kim Hodgen

19-11449 Mobile Addiction, LLC   Chapter: 11
Page 2

Notes/Decision:

the record.  The UCC supports confirmation of the plan.  VIP confirms that based on the agreements reached and the statements made, VIP withdraws its objection to confirmation and its rejection vote and accepts the plan and votes in favor of it.  UST based on the representation of Mr Grillot, the UST withdraws its objection, since the parties will be signing off on the agreed order on the UST's motion to dismiss.

With the proffer by the debtor of compliance of all the applicable elements of Sec 1129(a) are met.  Therefore, no cram down is necessary under Sec 1129(b) and that the plan that the parties present have accepted in its present form subject to the agreements that have been announced in court today, the plan is confirmed.  This resolves the UST's motion to dismiss.

Courtroom Deputy: Marnie Bourbonnais
ECRO:  Kim Hodgen