

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

## NOTICE OF CHANGE OF ADDRESS

FILED AT WICHITA, KS SEP 14 2020 CLERK U.S. Court of Bankruptcy By _____ Deputy

Case No.: 19-11449        Adversary Case No. (if applicable): _____

Case Name: IN RE: MOBILE ADDICTION, LLC

Name of Party: HFT Mayfair LLC

Check the party's role in this case:   Debtor   ✓ Creditor

Enter the party's related claim number(s), if any: 20

Previous Notice Address Information:

Mailing Address: _____

City, State, ZIP Code: _____

**New** Notice Address Information:

Mailing Address: _____

City, State, ZIP Code: _____

If applicable, you may designate or update a payment address here:

Previous Payment Address Information:

Mailing Address: HFT Mayfair LLC, c/o Dunn Carney LLP, Attn Joshua D. Stadtler, 851 SW 6th Ave Suite 1500

City, State, ZIP Code: Portland, OR, 97204-1352

**New** Payment Address Information:

Mailing Address: HFT Mayfair LLC, c/o Cushman & Wakefield, PO Box 45257

City, State, ZIP Code: San Francisco, CA, 94145-0257

Authorized ECF filers must submit this form electronically. All other parties must mail or deliver it to the Bankruptcy Clerk's Office (see www.ksb.uscourts.gov for the court mailing address).

Note: Debtors or Joint Debtors receiving court orders and notices by email through the Debtor Electronic Notice (DeBN) program, must use the Debtor's Electronic Noticing Request (DeBN) form to update your email address. (see www.ksb.uscourts.gov/forms)

Filed by: HFT Mayfair LLC
(Name of Debtor/Creditor)

Dated: 09/08/2020

Joshua D. Stadtler, as Attorney for Creditor
Signature of Person Authorizing Address Change

_____
Signature of Joint Debtor, if applicable

rev. 12/19